AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of

MSN Hotmail
at 1065 La Avenida
Mountain View, California 94043
E-mail account:
    ELNUEVOZORO2@HOTMAIL.COM

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I _____Darren P. Butler_____ being duly sworn depose and say:

I am a(n) _____Special Agent with the Drug Enforcement Administration_____ and have reason to believe
            (Official Title)
that ☐ on the person of or ☒ on the property or premises known as   (name, description and or location)
stored electronic communications and content for account ELNUEVOZORO2@HOTMAIL.COM  maintained by
MSN Hotmail, 1065 La Avenida, Mountain View, California,.

in the Northern District of California, there is now concealed a certain person or property, namely electronic
communications and content information described in Attachment A, incorporated by reference herein,
which is evidence of a crime

concerning a violation of Title 21, United States Code, Section(s) 959, 952 and 963 . The facts to support a finding
of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED
HEREIN

Continued on the attached sheet and made a part hereof.   ☒ YES   ☐ NO

                                          Signature of Affiant
                                          DARREN P. BUTLER, Special Agent
                                          Drug Enforcement Administration

Sworn to before me, and subscribed in my presence

November 29, 2005                     at Washington, D.C.
Date

Alan Kay
United States Magistrate Judge
Name and Title of Judicial Officer                 Signature of Judicial Officer