# ATTACHMENT A

## I. Search Procedure

The search warrant will be presented to Hotmail personnel who will be directed to produce those accounts and files described in Section II below. In order to ensure that agents search only those computer accounts or computer files described in the Court Order, this search warrant seeks authorization to permit employees of MSN Hotmail to assist agents in the execution of this warrant. To further ensure that agents executing this warrant search only those accounts or computer files described in the Court Order, the following procedures have been implemented:

1. The warrant will be presented to MSN Hotmail personnel who will be directed to isolate those accounts and files described below;

2. In order to minimize any disruption of computer service to innocent third parties, the systems administrator will create an exact duplicate of the accounts and files described below, including an exact duplicate of all information stored in the computer accounts or files described below;

3. MSN Hotmail personnel will provide the exact duplicate of the accounts and files described below and all information stored in those accounts and/or files to the Special Agent who serves this search warrant (in both CD and hard copy form)

## II. Files and Accounts to be Produced

a. All electronic mail (opened and unopened) and attachments stored and presently contained in, or on behalf of, the following electronic mail address and/or individual account: nuevozorro2@hotmail.com as well as the entries on any address book or buddy list related to that account;

b. All existing printouts from original storage of all of the electronic mail described above in Section II (a);

c. All transactional information of all activity of the electronic mail addresses and/or individual accounts described above in Section II(a), including log files, dates, times, methods of connecting, ports, dial-ups, and/or locations;

d. All business records and subscriber information, in any form kept, pertaining to the electronic mail addresses and/or individual accounts described above in Section II(a), including applications, subscribers' full names, all screen names associated with the subscribers and/or accounts, all account names associated with the subscribers, methods of payment, telephone numbers, addresses, and detailed billing records; and

e. All records indicating the services available to subscribers of the electronic mail addresses and/or individual accounts described above in Section II(a).